# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAYLOR LINK, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>MARSHALL HOTELS & RESORTS, INC.;<br>MARSHALL PAYROLL SERVICES, LLC; and<br>OASIS OUTSOURCING CONTRACT II, INC.<br><br>        Defendants. | Case No. 3:20-cv-00805-DNH-ML<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that on July 25, 2023 at 1:00 p.m., or as soon thereafter as the matter may be heard by the Honorable David N. Hurd of the United States District Court for the Northern District of New York, Plaintiff Taylor Link ("Plaintiff") will and hereby does move the Court for final approval of the Settlement Agreement and Release ("Settlement" or "Settlement Agreement") executed by the parties in this action on February 6 and 7, 2023, respectively, and preliminarily approved by the Court on March 6, 2023 (ECF. No. 164). In particular, Plaintiff moves for an order:

1. Granting final approval of the Settlement;

2. Certifying the Class for settlement purposes;

3. Finally approving Plaintiff as Class Representative;

4. Finally approving Schneider Wallace Cottrell Konecky LLP ("SWCK") as Class Counsel;

5. Finally approving payment of $10,000.00 from the Gross Settlement Amount to the Settlement Administrator, ILYM Group, Inc. ("ILYM"), as compensation for administering the settlement;

/ / /

-1-

6. Finally approving the following implementation schedule set forth below:

| | |
|---|---|
| Final Effective Date | 35 days after Court has entered Final Approval Order (if no appeal has been filed within required time); or, if an appeal is filed, the day after all appeals are finally resolved in favor of final approval. |
| Deadline for Defendants to deposit the Gross Settlement Amount into ILYM's escrow account | 5 days after Final Effective Date. |
| Deadline for ILYM to distribute Settlement Checks to Authorized Claimants | Within 20 days after Final Effective Date. |
| Deadline for ILYM to distribute Court-approved attorneys' fees and costs, Plaintiff's Court-approved Service Award, and its own settlement administration fees | Within 20 days after Final Effective Date. |
| Check-cashing deadline | 180 days after issuance. |
| Deadline to cash re-issued checks upon notice and confirmation that original check was not received | 90 days after re-issuance. |
| Deadline for ILYM to confirm administration of settlement has been completed to all parties and the Court | As soon as practicable after expiration of re-issued check cashing deadline and completion of any *cy pres* donation of remaining funds. |

and;

7. Entering a judgment consistent with the terms of the Settlement.

Plaintiff brings this Motion pursuant to Federal Rule of Civil Procedure 23(e). The Motion is based on this notice, the accompanying memorandum, the Declaration of Carolyn H. Cottrell, all other papers, pleadings, and records on file in this action, and such other evidence and argument as may be presented to the Court at the hearing on this Motion. Plaintiff will also submit a Proposed Order granting Final Approval of Settlement and a Proposed Judgment with her moving papers.

Dated: July 14, 2023                              Respectfully submitted,

                                                  _/s/ Carolyn Cottrell_____
                                                  John J. Nestico (Bar Roll No. 701901)
                                                  **SCHNEIDER WALLACE COTTRELL**
                                                  **KONECKY LLP**
                                                  6000 Fairview Road, Suite 1200
                                                  Charlotte, NC 28210

Tel: (510) 740-2946; Fax: (415) 421-7105
jnestico@schneiderwallace.com

Carolyn Cottrell, Esq. *(pro hac vice)*
David C. Leimbach *(pro hac vice)*
Robert E. Morelli, III *(pro hac vice)*
**SCHNEIDER WALLACE COTTRELL
KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100 Fax: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
rmorelli@schneiderwallace.com

*Attorneys for Plaintiff and Class Members*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2023, I filed the foregoing document with the Clerk's office

using the CM/ECF system, which will send notification of such filing to counsel of record in this

matter.

 Dated: July 14, 2023

 */s/ Carolyn Cottrell*
Carolyn H. Cottrell